<u>DISCOVERY PLAN WORKSHEET</u>
**Tier 1 Pre-Settlement Discovery**

| | |
|---|---|
| Deadline for Completion of Rule 26(a) initial disclosures and HIPAA-compliant records authorizations: | May 26, 2017 |
| Completion date for Phase 1 Discovery as agreed upon by the parties *(Reciprocal and agreed upon document production generally not including depositions, unless otherwise agreed. No more than 30 days after Initial Conference).* | June 12, 2017 |
| Status Conference TBD by the Court: (*Generally 15 days post Tier 1 Discovery*) | _____ |

**Tier II Discovery and Motion Practice**

| | |
|---|---|
| Motion to join new parties or amend the pleadings: (*Presumptively 15 days post status conference*) | July 27, 2017 |
| First requests for production of documents and for interrogatories due by: (*Presumptively 15 days post joining/amending*) | August 14, 2017 |
| All fact discovery completed by: (*Presumptively 3.5 months post first requests for documents/interrogatories*) | December 1, 2017 |
| Exchange of expert reports completed by: (*Presumptively 30 days post fact discovery*) | January 2, 2018 |
| Expert depositions completed by: (*Presumptively 30 days post expert reports*) | February 2, 2018 |
| Final date to take first step in dispositive motion practice: (*Parties are directed to consult the District Judge's individual rules regarding such motion practice. Presumptively 30 days post expert depositions*) | March 6, 2018 |
| COMPLETION OF ALL DISCOVERY BY: (*Note: Presumptively 9 months after Initial Conference*). | February 12, 2018 |
| Submission of joint pretrial order: | _____ |
| Final Pretrial Conference TBD by the court: | _____ |